| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
May 28, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Wayne Smith, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Miscellaneous Action H-19-1501 |
| | § | |
| MTGLQ Investors, LP, | § | |
| | § | |
| Defendant. | § | |

## Order on Pauper and Dismissal

1. Wayne Smith's application to proceed without paying fees or costs is denied as moot. (1) (2)

2. ~~This case is dismissed with prejudice.~~

Signed May 28, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge